FILED
JUL 21 2009
CENTRAL DISTRICT OF CALIFORNIA

Certificate Number: 00981-CAC-CC-007747729

09-19008-MT

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 21, 2009 , at 9:26 o'clock AM CDT ,

Jodi Fung received from

Credit Advisors Foundation ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .


Date: July 21, 2009          By   /s/Sam Hohman

                             Name   Sam Hohman

                             Title   President, CEO


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).